FEE PAID

FILED
CLERK, U.S. DISTRICT COURT
FEB - 2 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

S/I

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| CALVIN EDWARD COOKSEY, | Case No. **2:17-CV-00839-SVW-AGRx** |
| Plaintiff(s) | (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: (check one) ☑ Yes ☐ No |
| -v- | |
| FRANK OCEAN, ET AL. | |
| Defendant(s) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MR. CALVIN EDWARD COOKSEY |
| Street Address | P.O. BOX 25265 |
| City and County | ALBUQUERQUE, BERNALILLO, COUNTY |
| State and Zip Code | NEW MEXICO 87125 |
| Telephone Number | N/A |
| E-mail Address | Calvinedwardcooksey@gmail.com |

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 27 2017
Page 1 of 5
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

Defendant No. 1

| | |
|---|---|
| Name | MR. FRANK OCEAN |
| Job or Title *(if known)* | Label Owner: BOYS DONT CRY & Singer/ Songwriting |
| Street Address | Three Six Zero, Management Group |
| City and County | Los Angeles / Los Angeles |
| State and Zip Code | California 90046 |
| Telephone Number | N/A |
| E-mail Address *(if known)* | La@thresixzero.com |

Defendant No. 2

| | |
|---|---|
| Name | "N/A AT THIS TIME" |
| Job or Title *(if known)* | N/A |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Defendant No. 3

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | N/A |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Defendant No. 4

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | N/A |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question  ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

N/A

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* CALVIN EDWARD COOKSEY, is a citizen of the State of *(name)* NEW MEXICO.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* N/A.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* FRANK OCEAN, is a citizen of the State of *(name)* CALIFORNIA. Or is a citizen of *(foreign nation)* USA.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* N/A , is incorporated under the laws of the State of *(name)* N/A , and has its principal place of business in the State of *(name)* N/A .

Or is incorporated under the laws of *(foreign nation)* N/A , and has its principal place of business in *(name)* N/A .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

This is a "Celebrity Lawsuit" for Libel per se which is proven Plaintiff is entitled to "Actual Damages" of $ 14. 5 MILLION DOLLARS. The Defendant, Plaintiff's (son), on June 21, 2016, "In the Wake of the June 12th 2016, Anti- Terrorist Attack" at the Pulse Night Club" in Orlando Florida, accused Plaintiff of discriminating against a "Transgender Waitress" to millions of people. which has ruined Plaintiff's future financial opportunities in the film & music industries.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

("PLEASE SEE: ADDITIONAL SHEET FOR STATEMENT OF CLAIMS ATTACHED ")

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

("PLEASE SEE: ADDITIONAL SHEET FOR RELIEF ATTACHED ")

("PLEASE SEE ADDITIONAL PAGES FOR RELIEF PRAYED FOR")

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/25/2017 ~~12/28/2016~~

Signature of Plaintiff

Printed Name of Plaintiff: MR. CALVIN EDWARD COOKSEY

### B. For Attorneys

Date of signing: Jan 25, 2017

| | |
|---|---|
| Signature of Attorney | N/A |
| Printed Name of Attorney | N/A |
| Bar Number | N/A |
| Name of Law Firm | N/A |
| Street Address | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address | N/A |

## U.S. DISTRICT COURT FOR
## THE CENTRAL DISTRICT FOR CALIFORNIA
## CERTIFCATION OF SERVICE

I, __JOHN C. FERGUSON__ I am over 18 years of age and not a Party to this action. On **January 25th 2017,** I served upon the by mailing a true copy of the Attached papers: ONE COPY PLAINTIFF'S 'CALVIN EDWARD COOKSEY CIVIL COMPLAINT FOR LIBEL PER SE AGAINST DEFENDANT FRANK OCEAN", enclosed and Properly sealed in a postpaid envelope, which I deposited in an official depository under the Exclusive care and custody of the United States Postal Services within the State of New Mexico, Addressed to

THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT FOR CALIFORNIA
("Attention Pro Se Unit")
350 ~~West Street~~ W FIRST STREET
~~Street~~ Los Angeles Ca 90012-4565

I swear that the above is true and correct under the penalty of the United States laws

DATED: JANUARY 25, 2017

Print Name: X __JOHN C. FERGUSON__

Sign Name: X __John C Fer__

Page 14|14

CIVIL COMPLAINT FORM  - ADDITIONAL SHEET

# EXHIBIT "T"

## Special Report: Inside Trump County, USA

**TRENDING**

 Paris Jackson: Life After Neverland

 Butch Trucks, Allman Brothers Band Co-Founder, Dead at...

 The Radical Crusade of Mike Pence



# Tyler, the Creator Banned From United Kingdom Over Lyrics

"Coming to the UK is a privilege, and we expect those who come here to respect our shared values," says British Home Office

**RollingStone**   Tyler, the Creator Banned From United Kingdom Over Lyrics



Tyler, the Creator revealed he has been banned from the United Kingdom after canceling a string of concerts in the U.K. and Ireland Kommersant Photo/Getty

By Jon Blistein
August 27, 2015

Odd Future member Tyler, the Creator announced he has been banned from the United Kingdom after canceling a string of shows in the U.K. and Ireland, including sets at the Reading and Leeds Festivals.

## More News

- Tyler, the Creator Arrested at SXSW
- Tyler, the Creator Details New Album 'Cherry Bomb'
- Stream Tyler, the Creator's New Album 'Cherry Bomb'
- All Stories »

**RELATED**
### Tyler, the Creator's Lawyer Strikes Back at 'Riot' Tag
Odd Future frontman's manager refutes allegations in statement



"Based on lyrics from 2009 I am not allowed in the U.K. for 3-5 years (although I was there 8 weeks ago). That is why the shows were canceled," the rapper wrote, in all caps, on Twitter.

Tyler's manager, Christian Clancy, echoed the sentiment in a post on Tumblr, alleging that a letter from the U.K. Home Office specifically cited lyrics from 2009's *Bastard* and 2011's *Goblin*.

"[T]he type of lyrics he hasn't written since," Clancy added. "[H]ighlights from the letter include that his work 'encourages violence and intolerance of homosexuality' and 'fosters hatred with views that seek to provoke others to terrorist acts.' I grew up on N.W.A, Eminem and Rage Against the Machine, so it's hard to me to fully wrap my head [around] this thought process and its implications."

**RollingStone**    Tyler, the Creator Banned From United Kingdom Over Lyrics 

© Rolling Stone 2017   Digital Edition   Subscribe   Give a Gift   Coverwall   Contact   Privacy Policy   Your Privacy Rights   Your Ad Choices

Terms of Use   Customer Service   Advertise   Sitemap

# TYLER THE CREATOR



## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] )

CALVIN EDWARD COOKSEY

**DEFENDANTS** ( Check box if you are representing yourself [ ] )

FRANK OCEAN, ET AL.

**(b) County of Residence of First Listed Plaintiff** N/A
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant** Los Angeles
(IN U.S. PLAINTIFF CASES ONLY)

**(c) Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

CALVIN EDWARD COOKSEY, P.O. BOX 25265, ALBUQUERQUE, NM 87125, TEL: N/A

**Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

Frank Ocean
7175 Willoughby Ave. Los Angeles, California, Tel: N/A

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. Government Not a Party)
- [X] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)

- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multidistrict Litigation - Transfer
- [ ] 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No

**MONEY DEMANDED IN COMPLAINT:** $ $14. Million Dollars

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
The district courts shall have original jurisdiction pursuant to: 28 U.S. Code § 1332. The Defendant has accused Plaintiff of discriminating against a "TRANSGENDER WAITRESS" and that Plaintiff calling this alleged person a "FAGGOT" at the diner. Thereby, accusing Plaintiff of an "IMMORAL ACT" over the WEB which is ground civil action.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [ ] 820 Copyrights |
| [ ] 376 Qui Tam (31 USC 3729(a)) | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 400 State Reapportionment | [ ] 130 Miller Act | [ ] 290 All Other Real Property | | [ ] 510 Motions to Vacate Sentence | [ ] 840 Trademark |
| [ ] 410 Antitrust | [ ] 140 Negotiable Instrument | **TORTS PERSONAL INJURY** | **TORTS PERSONAL PROPERTY** | [ ] 530 General | **SOCIAL SECURITY** |
| [ ] 430 Banks and Banking | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 310 Airplane | [ ] 370 Other Fraud | [ ] 535 Death Penalty | [ ] 861 HIA (1395ff) |
| [ ] 450 Commerce/ICC Rates/Etc. | | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | **Other:** | [ ] 862 Black Lung (923) |
| [ ] 460 Deportation | [ ] 151 Medicare Act | [X] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [ ] 540 Mandamus/Other | [ ] 863 DIWC/DIWW (405 (g)) |
| [ ] 470 Racketeer Influenced & Corrupt Org. | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet) | [ ] 330 Fed. Employers' Liability | [ ] 385 Property Damage Product Liability | [ ] 550 Civil Rights | [ ] 864 SSID Title XVI |
| [ ] 480 Consumer Credit | | [ ] 340 Marine | **BANKRUPTCY** | [ ] 555 Prison Condition | [ ] 865 RSI (405 (g)) |
| [ ] 490 Cable/Sat TV | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 345 Marine Product Liability | [ ] 422 Appeal 28 USC 158 | [ ] 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| [ ] 850 Securities/Commodities/Exchange | [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle | [ ] 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 890 Other Statutory Actions | [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 891 Agricultural Acts | | [ ] 360 Other Personal Injury | [ ] 440 Other Civil Rights | [ ] 690 Other | |
| [ ] 893 Environmental Matters | [ ] 195 Contract Product Liability | [ ] 362 Personal Injury-Med Malpratice | [ ] 441 Voting | **LABOR** | |
| [ ] 895 Freedom of Info. Act | [ ] 196 Franchise | [ ] 365 Personal Injury-Product Liability | [ ] 442 Employment | [ ] 710 Fair Labor Standards Act | |
| [ ] 896 Arbitration | **REAL PROPERTY** | [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability | [ ] 443 Housing/Accommodations | [ ] 720 Labor/Mgmt. Relations | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | [ ] 210 Land Condemnation | | [ ] 445 American with Disabilities-Employment | [ ] 740 Railway Labor Act | |
| | [ ] 220 Foreclosure | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 446 American with Disabilities-Other | [ ] 751 Family and Medical Leave Act | |
| [ ] 950 Constitutionality of State Statutes | [ ] 230 Rent Lease & Ejectment | | [ ] 448 Education | [ ] 790 Other Labor Litigation | |
| | | | | [ ] 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: **2:17-CV-00839-SVW-AGRx**

CV-71 (07/16)      CIVIL COVER SHEET      Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☒ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* → | YES. Your case will initially be assigned to the Southern Division.<br>☐ Enter "Southern" in response to Question E, below, and continue from there.<br><br>☒ NO. Continue to Question B.2. |
|---|---|---|
| | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* → | YES. Your case will initially be assigned to the Eastern Division.<br>☐ Enter "Eastern" in response to Question E, below, and continue from there.<br><br>NO. Your case will initially be assigned to the Western Division.<br>☒ Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* → | YES. Your case will initially be assigned to the Southern Division.<br>☐ Enter "Southern" in response to Question E, below, and continue from there.<br><br>☒ NO. Continue to Question C.2. |
|---|---|---|
| | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* → | YES. Your case will initially be assigned to the Eastern Division.<br>☐ Enter "Eastern" in response to Question E, below, and continue from there.<br><br>NO. Your case will initially be assigned to the Western Division.<br>☒ Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |

| D.1. Is there at least one answer in Column A?<br>☐ Yes  ☒ No<br><br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br><br>If "no," go to question D2 to the right. → | D.2. Is there at least one answer in Column B?<br>☐ Yes  ☒ No<br><br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ↓ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: → | WESTERN |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☒ No |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court?   ☒ NO   ☐ YES

If yes, list case number(s):

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed in this court?
☒ NO   ☐ YES

If yes, list case number(s):   N/A

Civil cases are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

A civil forfeiture case and a criminal case are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):**   *[signature]*   DATE: JANUARY 25, 2017

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

# U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT FOR CALIFORNIA
## CERTIFCATION OF SERVICE

I, _James Verger_ I am over 18 years of age and not a Party to this action. On **January 26th 2017**, I served upon the by mailing a true copy of the Attached papers: <u>ONE COPY PLAINTIFF'S 'CALVIN EDWARD COOKSEY CIVIL COMPLAINT FOR LIBEL PER SE AGAINST DEFENDANT FRANK OCEAN</u>", enclosed and Properly sealed in a postpaid envelope, which I deposited in an official depository under the Exclusive care and custody of the United States Postal Services within the State of New Mexico, Addressed to:

THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT FOR CALIFORNIA
("Attention Pro Se Unit")
350 West 1st Street
~~Street~~ Los Angeles Ca 90012

I swear that the above is true and correct under the penalty of the United States laws

DATED: JANUARY 26, 2017

Print Name: X _James Verges_

Sign Name: X _[signature]_

**PRIORITY MAIL**
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

FROM:
Mr. Calvin E. Cooksey
P.O. Box 25265
Albuquerque NM 87125

TO:
United States District Court
Central District California
(1 Attention Pro Se unit 2)
350 W. First Street
Los Angeles CA 90012-4565

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 27 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY



UNITED STATES POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

US POSTAGE PAID
$6.65

PRIORITY MAIL® 3-Day
C017
1006
Expected Delivery Day: 01/28/2017

USPS TRACKING NUMBER
9505 5122 4652 7025 0302 38

EP14F July 2013
OD: 12.5 x 9.5

0000 1000 14